Edward O.C. Ord, Esq. (SBN 52123)
Christopher M. Cook (SBN 281244)
Ord & Norman
233 Sansome Street, Suite 1111
San Francisco, CA 94104
Telephone: (415) 274-3800
Facsimile: (415) 274-3838

David B. Porter Jr. (SBN 155347)
Law Offices of David B. Porter
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 283-3270
Facsimile: (415) 283-3272

Attorneys for Plaintiff
Theodore F. Lee

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| THEODORE F. LEE, | Civil No. CV-12-04526 (JSW) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO EXTEND ITS TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL DISMISSAL AND TO CONTINUE HEARING ON THE SAME |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Having considered Plaintiff's *Ex Parte* Application to Fix Or Extend His Time To Oppose Defendant's Motion to Dismiss And To Continue Hearing on the Same and the supporting papers, IT IS HEREBY ORDERED, that good cause exists and the Plaintiff's Opposition to Plaintiff's Motion to Dismiss shall be due on February 8, 2013 and the hearing on Plaintiff's Motion is continued to ~~February 22,~~ March 1, 2013.

IT IS SO ORDERED.

Dated: November 2, 2012

_____
UNITED STATES DISTRICT JUDGE

1