Edward O.C. Ord, Esq. (SBN 52123)
Christopher M. Cook (SBN 281244)
Ord & Norman
233 Sansome Street, Suite 1111
San Francisco, CA 94104
Telephone: (415) 274-3800
Facsimile: (415) 274-3838

David B. Porter Jr. (SBN 155347)
Law Offices of David B. Porter
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 283-3270
Facsimile: (415) 283-3272

Attorneys for Plaintiff
Theodore F. Lee

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THEODORE F. LEE**, | Civil No. CV-12-04526 (JSW) |
| Plaintiff, | **[PROPOSED]** ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| v. | |
| **UNITED STATES OF AMERICA**, | |
| Defendant. | |

Having considered Plaintiff's and Defendant's Stipulation to Continue the Case Management Conference and good cause appearing, IT IS HEREBY ORDERED, that the Case Management Conference scheduled for January 18, 2013 is hereby vacated. A Case Management Conference shall be held on March 29, 2013 at 1:30 p.m. in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Plaintiff(s) shall serve copies of this Order immediately on all parties to this action, and on any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5. Following service, plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in

accordance with Civil L. R. 5-6(a).

The parties shall appear in person through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates.

The parties shall file a joint case management statement no later than five (5) court days prior to the conference. The joint case management statement shall address all of the topics set forth in the Standing Order for All Judges of the Northern District of California - *Contents of Joint Case Management Statement*, which can be found on the Court's website located at http://www.cand.uscourts.gov. *See* N.D. Civ L.R. 16-9. If any one or more of the parties is proceeding without counsel, the parties may file separate case management statements. Separate statements my also address all of the topics set forth in the Standing Order referenced above. Any request to reschedule the date of the conference shall be made in writing, and by stipulation if possible, at least ten (10) calendar days before the date of the conference and must be based upon good cause. In order to assist the Court in evaluating any need for disqualification or recusal, the parties shall disclose to the Court the identities of any person, associations, firms, partnerships, corporations or other entities known by the parties to have either (1) financial interest in the subject matter at issue or in a party to the proceeding; or (2) any other kind of interest that could be substantially affected by the outcome of the proceeding. If disclosure of non-party interested entities or persons has already been made as required by Civil L. R. 3-16, the parties may simply reference the pleading or document in which the disclosure was made. In this regard, counsel are referred to the Court's Recusal Order posted on the Court website at the Judges Information link at http://www.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: ~~_____, 2012~~ January 9, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE