IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THEODORE F. LEE,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.

No. C 12-04526 JSW

**ORDER REQUIRING FURTHER BRIEFING**

In his opposition to Defendant's motion to dismiss for lack of jurisdiction, Plaintiff requests that the Court transfer this action to the United States District Court for the District of Nevada instead of dismissing it. Defendant did not respond to this request in its reply brief. The Court HEREBY ORDERS Defendant to file a brief response of no more than five pages by no later than March 1, 2013 to address whether transfer to Nevada would be warranted and appropriate. The Court FURTHER ORDERS that the hearing on Defendant's motions to dismiss are CONTINUED to March 22, 2013.

**IT IS SO ORDERED.**

Dated: February 22, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE